**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RETTEW ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENCINA DEVELOPMENT GROUP, LLC,<br><br>Defendant. | No. 4:24-CV-01581<br><br>(Chief Judge Brann) |

## ORDER

**AUGUST 28, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Rettew Associates, Inc.'s motion for sanctions under 28 U.S.C. § 1927, Doc. 60, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge